1  FRANCES FLORIANO GOINS (admitted *Pro Hac Vice*)
   fgoins@ulmer.com
2  KENNETH A. BRAVO (*Pro Hac Vice to be filed*)
   kbravo@ulmer.com
3  MELISSA L. ZUJKOWSKI (admitted *Pro Hac Vice*)
   mzujkowski@ulmer.com
4  ULMER & BERNE LLP
   1660 West 2nd Street, Suite 1100
5  Cleveland, Ohio 44113-1448
   Telephone:  (216) 583-7000
6  Facsimile:   (216) 583-7001

7  TERRY ROSS, CASB No. 58171
   terry.ross@kyl.com
8  NATHAN R. JASKOWIAK, CASB No. 248007
   nathan.jaskowiak@kyl.com
9  ALEXANDER J. CASNOCHA, CASB No. 278803
   alexander.casnocha@kyl.com
10 KEESAL, YOUNG & LOGAN
   A Professional Corporation
11 400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
12 Telephone:   (562) 436-2000
   Facsimile:    (562) 436-7416
13
   ATTORNEYS FOR DEFENDANT
14 EQUITY TRUST COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY CHURCH OF CHRIST, INC., MARY DINISH, KAUISHA SMITH, LARRY RUCKS, and ROBERT BATT, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>EPHREN TAYLOR, EPHREN TAYLOR, SR., MESHELLE TAYLOR, CITY CAPITAL CORPORATION, ERX ENERGY, LLC, EQUITY TRUST COMPANY, ROBERT BATT, ALAN LIPINSKI and DONALD M. MACINTYRE and DOES 1-15,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 5:12-CV-4392-EJD<br><br>**DEFENDANT EQUITY TRUST COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   December 14, 2012<br>Time:   10:00 a.m.<br>Judge:  Hon. Edward J. Davila |

## REQUEST TO APPEAR TELEPHONICALLY

Counsel for Equity Trust respectfully requests that the Court allow the telephonic appearance of Frances Goins and Melissa Zujkowski at the Case Management Conference scheduled for December 14, 2012 at 10:00 a.m.  The request is made on the grounds that Ms. Goins and Ms. Zujkowski are located in Ohio.

DATED:  November 20, 2012

/s/ Nathan R. Jaskowiak
TERRY ROSS
NATHAN R. JASKOWIAK
ALEXANDER J. CASNOCHA
KEESAL, YOUNG & LOGAN

FRANCES FLORIANO GOINS
KENNETH A. BRAVO
MELISSA L. ZUJKOWSKI
ULMER & BERNE LLP

Attorneys For Defendant
EQUITY TRUST COMPANY

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, Defendant Equity Trust's request to appear telephonically at the case management conference scheduled for December 14, 2012 at 10:00 a.m. is hereby granted.  Counsel for Equity Trust is required to arrange the telephonic appearance with Court Call in advance of the conference.

IT IS SO ORDERED.

DATED: _____11/21_____, 2012        _____
                                     HONORABLE EDWARD J. DAVILA
                                     United States District Judge

1

DEFENDANT EQUITY TRUST COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER – CASE NO. 5:12-CV-4392-EJD