IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIBERTY CITY CHURCH OF CHRIST, INC., et. al., <br><br> Plaintiff(s), <br> v. <br> EPHREN TAYLOR, et. al., <br><br> Defendant(s). | CASE NO. 5:12-cv-04392 EJD <br><br> **ORDER DIRECTING CLERK TO CLOSE FILE** |

Defendants' Motion to Dismiss on the basis of improper venue having been granted and no further activity having occurred in this case (see Docket Item No. 54), the court orders that the clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 19, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-04392 EJD
ORDER DIRECTING CLERK TO CLOSE FILE