IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIBERTY CITY CHURCH OF CHRIST, INC., et. al., | CASE NO. 5:12-cv-04392 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO CLOSE FILE** |
| v. | |
| EPHREN TAYLOR, et. al., | |
| Defendant(s). | |

Defendants' Motion to Dismiss on the basis of improper venue having been granted and no further activity having occurred in this case (see Docket Item No. 54), the court orders that the clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 19, 2013

EDWARD J. DAVILA
United States District Judge